**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Trenton, NJ**

FUJI JIN

Plaintiff,

v.

Case No.:
3:26−cv−06053−MAS−JBD
Judge Michael A. Shipp

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.

Defendant.

**Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)**

It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 29th day of September, 2026,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.

/s/ Michael A. Shipp

MICHAEL A. SHIPP United States District Judge